IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| TABITHA GONZALES, INDVIDUALLY AND A.N.F. THE MINOR G.G. | § § § § | |
| Plaintiff, | § § | Civil Action No. _____ |
| v. | § § | Jury Requested |
| CARL THOMAS BROACH AND CRAIG W. HUNTLEY D/B/A CKB TRUCKING | § § § § | |
| Defendant. | § | |

## PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Now Come **TABITHA GONZALES, INDIVIUDALLY AND ON BEHALF OF THE MINOR G.G.** complaining of **CARL THOMAS BROACH AND CRAIG W. HUNTLEY, D/B/A CKB TRUCKING**, and for cause of action would respectfully show unto the Court the following facts:

### I.
### NATURE OF SUIT

1.   This action arises out of an auto accident that occurred on January 20, 2020.  This matter is being brought in Federal Court in the Northern District of Texas, Abilene Division as it involves a citizen of Texas, and a citizen of Arizona who was driving a vehicle entrusted to him by his employer, a citizen of Oklahoma.

1

2. The incident occurred within the Northern District of Texas Abilene Division and involves damages in excess of $75,000.00 dollars to Plaintiff Tabitha Gonzales.

## II.
## PARTIES

3. Plaintiff Tabitha Gonzales, individually and on behalf of the minor G.G. is a citizen of the State of Texas.

4. Defendant Carl Thomas Broach is a citizen of the State of Arizona, and he may be served with process at his last known residence, 237 Polk Road 19 RD Cove, Arizona 71937 or wherever he may be found.

5. Defendant Craig W. Huntley d/b/a CKB Trucking is a citizen of the State of Oklahoma and at all times material hereto was authorized and was doing business in the state of Texas. Defendant may be served with process at his last known residence, 8281 113 W. Ave, Sapulpa, Oklahoma 74066.

## III.
## JURSIDICTION AND VENUE

6. This district court has original jurisdiction in this civil action pursuant to 28 U.S.C. § 1332(a). The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs to Plaintiff Tabitha Gonzales individually.

7. Plaintiff TABITHA GONZALES INDIVIDUALLY AND AS NEXT FRIEND OF THE MINOR G.G. is a citizen of Texas.

8. Defendant CARL THOMAS BROACH is a citizen of Arizona.

9. Defendant CRAIG W. HUNTLEY D/B/A CKB TRUCKING is a citizen of Oklahoma.

10. Venus is proper in this Court under 28 U.S.C. § 1391(a)(2) because a substantial part of the events giving rise to this claim occurred in Nolan County, Texas, within the Northern District of Texas, Abilene Division.

## IV.
## FACTS

11. This accident took place on January 20, 2020 at approximately 4:33 PM, in Sweetwater, Nolan County, Texas. At that time Plaintiffs were traveling South at the 1900 block of Lamar Street in the right hand lane in. Plaintiff Gonzales was driving a green Jeep Cherokee.

12. Defendant Broach was driving a Peterbilt trailer truck immediately in front of Plaintiffs' vehicle.

13. At that time Broach moved into the left lane on Lamar and then made a wide right turn in front of Plaintiffs' vehicle, striking Plaintiffs' vehicle. Plaintiffs sustained severe injuries as a result of this accident.

## V.
## CAUSE OF ACTION: NEGLIGENCE BY DEFENDANT CARL THOMAS BROACH AND CRAIG W. HUNTLEY D/B/A CKB TRUCKING

14. On the date of the accident, Carl Thomas Broach was negligent in his actions and/or omissions in operating a motor vehicle. Specifically, Defendant Broach was negligent in, but not limited to, the following manner:

   a. In failing to timely and properly apply his brakes, as would have been done by a reasonable person exercising ordinary prudence under the same or similar circumstances;

   b. In failing to maintain a proper lookout while operating a motor vehicle, as would have been done by a reasonable person exercising ordinary prudence under the same or similar circumstances;

    c.       In failing to turn his vehicle in another direction to avoid an impending collision, as would have been done by a reasonable person exercising ordinary prudence under the same or similar circumstances;

    d.       In failing to keep his vehicle under proper control, as would have been done by a reasonable person exercising ordinary prudence under the same or similar circumstances;

    e.       Failing to comply with Texas Transportation code 545.101 in making an illegal wide right turn by failing to make the approach and turn as closely as practicable to the right hand curb;

    f.       In making a turn when conditions were unsafe; and,

    g.       In failing to give half the roadway on a two lane road;

15.    Defendant Broach's acts and/or omissions constitute a failure to use due care as described above. Defendant Broach's failure to use care was a proximate and producing cause of Plaintiffs' injuries and damages as described more thoroughly herein. Defendant Broach is therefore liable to Plaintiffs for their personal injuries and damages sustained as a direct result of Defendant Broach's negligence.

16.    Defendant CRAIG W. HUNTLEY D/B/A CKB TRUCKING is legally responsible to Plaintiffs for the negligent conduct of Defendant CARL THOMAS BROACH under the legal doctrine of *respondeat superior* because Defendant CARL THOMAS BROACH was at all times material hereto an employee of CRAIG W. HUNTLEY D/B/A CKB TRUCKING and was acting within the course and scope of such employment at all times relevant tot his matter. As a result thereof, Defendant CRAIG W. HUNTLEY D/B/A CKB TRUCKING is liable for all negligence of Defendant CARL THOMAS BROACH.

## VI.
## JURY DEMAND

17.    Plaintiff demands a jury trial and tenders the appropriate fee with this Complaint.

## VII.
## **GENERAL DAMAGES**

18. As a direct and proximate result of the Defendants' negligence, Plaintiff TABITHA GONZALES suffered damages allowed by law for personal injuries in an amount in excess of $75,000.00.

19. As a direct and proximate result of the Defendants' negligence, Plaintiff TABITHA GONZALES A/N/F OF THE MINOR G.G. suffered damages allowed by law for personal injuries.

20. As a further result of the Defendants' negligence, Plaintiffs TABITHA GONZLAES INDIVIDUALLY AND A/N/F OF THE MINOR G.G. have suffered serious and permanent personal injuries. Plaintiffs suffered the following damages:

   a. Medical expenses incurred in the past.

   b. Medical expenses which in all probability will be incurred in the future.

   c. Physical impairment in the past.

   d. Physical impairment which in all probability will be sustained in the future.

   e. Physical pain and mental anguish in the past.

   f. Physical pain and mental anguish that will in all probability be sustained in the future.

## VIII.
## **PRE-EXISTING INJURY**

21. Pleading further, if it be shown that the Plaintiffs suffered from some preexisting injury, disease and/or condition at the time of the incident made the basis of this lawsuit, then such injury, disease and/or condition was aggravated and/or exacerbated by the negligence of the Defendants.

## IX.
## SUBSEQUENT INJURY

22. Pleading further, if it be shown that the Plaintiffs suffered from any subsequent injury, disease and/or condition at the time of the incident made the basis of this lawsuit, then such injury, disease and/or condition was aggravated and/or exacerbated by the negligence of the Defendants.

## X.
## PRAYER

PREMISES CONSIDERED, Plaintiffs pray that the Defendants be cited to appear and answer herein; that upon a final hearing hereof, a Judgment be rendered for Plaintiffs for damages in an amount in excess of the minimal jurisdictional limits, or whatever amount the jury deems reasonable, along with costs of court, and both post and prejudgment interest as allowed by law, and for such other and further relief to which Plaintiff may be justly entitled.

**Respectfully submitted,**

**BY: /s/ *Alan Braun*__**
**ADAM PONCIO**
**State Bar No. 16109800**
**salaw@msn.com**
**ALAN BRAUN**
**State Bar No. 24054488**
**abraun@ponciolaw.com**

**PONCIO LAW OFFICES**
**A Professional Corporation**
**5410 Fredericksburg Road, Suite 109**
**San Antonio, Texas 78229-3550**
**Telephone: (210) 212-7979**
**Facsimile: (210) 212-5880**

**ATTORNEYS FOR PLAINTIFFS**