UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| TABITHA GONZALES, individually and A.N.F. of the Minor G.G., <br><br> Plaintiff, <br><br> v. <br><br> CARL BROACH, et al., <br><br> Defendants. | No. 1:22-CV-002-H-BU |

### ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court grant the parties' joint motion for judgment (Dkt. No. 38) and the guardian ad litem's (GAL) amended motion for attorney's fees (Dkt. No. 47). Dkt. No. 49. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The joint motion for judgment (Dkt. No. 38) and the amended motion for attorney's fees (Dkt. No. 47) are granted. The Court accepts the proposed settlement of G.G.'s claims and awards the GAL attorney's fees in the amount of $1,120.00. *See* Dkt. No. 49. Pursuant to Federal Rule of Civil Procedure 54(b), the Court declines to enter judgment at this time, but it will do so upon the resolution of the remaining claims. Fed. R. Civ. P. 54(b).

– 2 –

So ordered on February 26, 2024.

                                                          _____
                                                          JAMES WESLEY HENDRIX
                                                          UNITED STATES DISTRICT JUDGE